**Jens Schmidt, OSB #843417**
jens.schmidt@harrang.com
**Andrea D. Coit, OSB #002640**
andrea.coit@harrang.com
Harrang Long Gary Rudnick P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:     (541) 485-0220
Facsimile:     (541) 686-6564
Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JUSTIN TYLER VANDEGRAAF,** | Case No.: 6:08-cv-6314-HO |
| Plaintiff, | **DEFENDANT SHARLOW'S UNOPPOSED MOTION TO DISMISS** |
| vs. | |
| **CITY OF EUGENE, A MUNICIPALITY; OFFICER J. SHARLOW (No. 388), in his individual capacity and as a police official for the City of Eugene,** | |
| Defendants. | |

Defendant Sharlow, in his individual capacity and in his official capacity as a police officer for the City of Eugene, moves to dismiss all claims against him in this lawsuit, with prejudice, because he has not been served with a valid summons within the time allowed by Fed.R.Civ.P. 4(m), and because the claims against him in this lawsuit are now barred by the

Page 1 – **DEFENDANT SHARLOW'S UNOPPOSED MOTION TO DISMISS**

statute of limitations. The undersigned has conferred with plaintiff's attorney, who does not oppose this motion.

Dated this 26th day of February, 2009.

HARRANG LONG GARY RUDNICK P.C.


By: ___s/ Jens Schmidt___
   Jens Schmidt, OSB #843417
   jens.schmidt@harrang.com
   Andrea D. Coit, OSB #002640
   andrea.coit@harrang.com
   Telephone:    (541) 485-0220
   Facsimile:    (541) 686-6564

   Of Attorneys for Defendants

Page 2 – **DEFENDANT SHARLOW'S UNOPPOSED MOTION TO DISMISS**

## CERTIFICATE OF SERVICE

I certify that on February 26, 2009, I served or caused to be served a true and complete copy of the foregoing **DEFENDANT SHARLOW'S UNOPPOSED MOTION TO DISMISS** on the party or parties listed below as follows:

| | |
|---|---|
| __X__ | Via CM / ECF Filing |
| _____ | Via First Class Mail, Postage Prepaid |
| _____ | Via Email |
| _____ | Via Personal Delivery |

Michael Vergamini
Attorney at Law
399 East 10th Avenue, Suite 207
Eugene, OR 97401
Attorneys for Plaintiff

HARRANG LONG GARY RUDNICK P.C.

By: ___s/ Jens Schmidt_____
    Jens Schmidt, OSB #843417
    jens.schmidt@harrang.com
    Andrea D. Coit, OSB #002640
    andrea.coit@harrang.com
    Telephone:	(541) 485-0220
    Facsimile:	(541) 686-6564

Of Attorneys for Defendants

00221706.DOC;1