**Jens Schmidt, OSB #843417**
**jens.schmidt@harrang.com**
**Andrea D. Coit, OSB #002640**
**andrea.coit@harrang.com**
Harrang Long Gary Rudnick P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:      (541) 485-0220
Facsimile:      (541) 686-6564
Of Attorneys for Defendant City of Eugene


## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON


| | |
|---|---|
| **JUSTIN TYLER VANDEGRAAF,** | Case No.: 6:08-cv-6314-HO |
| Plaintiff, | **DECLARATION OF OFFICER SHARLOW IN SUPPORT OF THE CITY OF EUGENE'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| **CITY OF EUGENE, A MUNICIPALITY; OFFICER J. SHARLOW (No. 388), in his individual capacity and as a police official for the City of Eugene,** | |
| Defendants. | |

I, John Sharlow, declare as follows:

1.      I am a police officer employed by the City of Eugene and have been employed in that capacity since 2000.

2.      During my tenure at the City of Eugene, I have received extensive training and have, at all times, maintained my state mandated training certifications.  The training I have

Page 1 – **DECLARATION OF OFFICER SHARLOW IN SUPPORT OF THE CITY OF EUGENE'S MOTION FOR SUMMARY JUDGMENT**

received from September 2000 through January 2009 is accurately described in the document

attached hereto as Exhibit 1.

3.      I am very familiar with the training programs taught to officers by the City of

Eugene Police Department.

4.      The City of Eugene does not have a custom or policy of inadequate training of its

police officers.

5.      The City of Eugene has a custom and policy that requires all officers to maintain

their state mandated training certifications and to be sufficiently trained in all areas, including

defensive tactics and insuring no person's constitutional rights are violated in the course of an

arrest and detention.

6.      I am also very familiar with my fellow Eugene Police Officers and am of the

opinion all of the Eugene Police Officers are, in fact, properly trained by the City of Eugene in

defensive tactics and in how to insure no person's constitutional rights are violated in the course

of an arrest and detention.

7.      In my opinion, I have been properly trained by the City of Eugene in defensive

tactics and in how to insure that no person's constitutional rights are violated in the course of an

arrest and detention.

8.      Through the training taught by the City of Eugene, I have learned that the optimal

way to diffuse a potentially dangerous situation with a detainee is to get the detainee onto the

ground.  There are several ways to accomplish this, the most appropriate depending on the

circumstances an officer is confronted with at the time.

Page 2 – **DECLARATION OF OFFICER SHARLOW IN SUPPORT OF THE CITY OF
EUGENE'S MOTION FOR SUMMARY JUDGMENT**

9.      One of the defensive tactics I have been trained in by the City of Eugene as a means of taking an uncooperative person to the ground involves placing my hand on the person's chest for support, and then sweeping the person's feet out from under them.  I have used this maneuver at least two dozen times over the past eight years as an officer with the City of Eugene.  On some of those occasions the person was handcuffed and on some they were not. The incident with the plaintiff in this case is the first and only time the use of this defensive tactic maneuver by me has resulted in a serious injury.

10.     I was working a night shift as a police officer for the City of Eugene on October 10, 2006.  At approximately 1:00 a.m., I received a call from dispatch about an interrupted 911 call from a distraught female living at 450 W. 8th Avenue in Eugene.  I went directly to the location and was met there by Eugene Police Officer Chris Vreim.

11.     On our way to the apartment where the 911 caller lived, Officer Vreim and I passed an intoxicated male stumbling down the sidewalk.  This person was later identified as Justin Vandegraaf, the plaintiff in this case.

12.     At the apartment, we spoke with a young lady named Tiffanie Jones.  Ms. Jones was hysterical and told us her boyfriend, plaintiff Justin Vandegraaf, had just assaulted her.  She also claimed he had taken her cell phone from her and broke it while she was calling 911. During my conversation with Ms. Jones, I noticed there was a small child, about two years old, awake in the living room.  Ms. Jones also stated that Mr. Vandegraaf was very intoxicated.

13.     From the description Ms. Jones gave us of Mr. Vandegraaf, I realized it was the same person we had passed on the way to the apartment.  Officer Vreim and I left the apartment to see if we could find Mr. Vandegraaf.  Officer Vreim and I located Mr. Vandegraaf lying on

Page 3 – **DECLARATION OF OFFICER SHARLOW IN SUPPORT OF THE CITY OF EUGENE'S MOTION FOR SUMMARY JUDGMENT**

the ground in the parking lot of the apartment building. His sweatshirt was on backward and he was not wearing shoes.

14.     Mr. Vandegraaf was surly and used profane language when speaking to us. He did identify himself when asked.

15.     Based on my initial contact with Ms. Jones, I had probable cause to arrest Mr. Vandegraaf for assault and interfering with making a police report. Officer Vreim and I arrested Mr. Vandegraaf and placed him in handcuffs. I then transported Mr. Vandegraaf to the Lane County Jail.

16.     I drove into the jail's sally port and got out of the car to open Mr. Vandegraaf's door. Mr. Vandegraaf initially did not get out of the car. After I again told Mr. Vandegraaf to exit the vehicle, he swung his feet out the door, stood up and proceeded to charge at me. Mr. Vandegraaf's chest made solid contact with mine and knocked me off balance. Mr. Vandegraaf's entire body was tense and he had a very angry look on his face. I feared he was trying to knock me down to assault me.

17.     Once I regained my balance, I grabbed Mr. Vandegraaf by the arm, turned him around and placed his chest on the trunk of the police car. Despite being handcuffed, Mr. Vandegraaf was very strong and hard to control. I told Mr. Vandegraaf to stop resisting. I was about to call dispatch for assistance when Mr. Vandegraaf pushed off the car, spun his body around and faced me. Mr. Vandegraaf again attempted to push me backward. I was afraid for my safety and decided the best thing to do was to place Mr. Vandegraaf on the ground where he would be easier to control.

Page 4 – **DECLARATION OF OFFICER SHARLOW IN SUPPORT OF THE CITY OF EUGENE'S MOTION FOR SUMMARY JUDGMENT**

18.     Because of our proximity to each other and the way our bodies were facing, I decided the most effective defense tactic to use to bring Mr. Vandegraaf safely to the ground would be the leg sweep maneuver described above. While holding onto Mr. Vandegraaf's sweatshirt in the front, I swept his legs. Mr. Vandegraaf did not resist the move or tense up and he fell much easier and quicker than I had expected. Mr. Vandegraaf landed on the concrete floor, striking his chin quite hard. In my opinion, the use of this defensive tactic to bring plaintiff to the ground was reasonable and necessary under the circumstances.

19.     After Mr. Vandegraaf was on the ground, some deputies and the jail nurse came out to assist me. The nurse looked at Mr. Vandegraaf's chin and decided he needed to be seen at the hospital before he could be lodged in the jail.

20.     I transported Mr. Vandegraaf to Sacred Heart Hospital where I stayed with him while he was seen by an emergency room doctor. At no time was Mr. Vandegraaf unconscious. Mr. Vandegraaf was very uncooperative with the hospital staff. He yelled profanities at them and said he did not want anyone to touch him. Eventually the doctor was able to stitch the cut on Mr. Vandegraaf's chin. We were told that nothing was broken and he was allowed to leave. I transported Mr. Vandegraaf back to the jail where he was booked in without further incident.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 11th day of May, 2009.

John Sharlow

**Page 5 – DECLARATION OF OFFICER SHARLOW IN SUPPORT OF THE CITY OF EUGENE'S MOTION FOR SUMMARY JUDGMENT**

# DPSST Public Safety Officer Records

**Sharlow, John S.**
**39570**
Eugene Police Department

Status: Active
Rank:   Police Officer
Level:
Class:
Assign:

 **Print this!**

## Training History

| Date | Course | Title | Status | Score | Hours |
|---|---|---|---|---|---|
| 1/28/2009 | 09-0257 | SWAT Training | Passed | 0 | 9.0 |
| 1/22/2009 | 09-0147 | Firearms - Less Lethal | Passed | 0 | 5.0 |
| 1/21/2009 | 09-0952 | CPR / First Aid | Passed | 0 | 4.0 |
| 1/21/2009 | 09-0778 | Crimes / Crime Scenes - Other | Passed | 0 | 1.0 |
| 1/21/2009 | 09-0776 | Evidence Collection | Passed | 0 | 1.0 |
| 1/21/2009 | 09-0914 | Personal / Professional Development - Other | Passed | 0 | 1.0 |
| 1/21/2009 | 09-0790 | Forensics - Other | Passed | 0 | 1.0 |
| 1/21/2009 | 09-0777 | Property Procedures | Passed | 0 | 1.0 |
|  |  |  |  | **2009 Hours** | **23.0** |
| 12/3/2008 | 08-0389 | ICS 200 / IS 200 - Basic ICS | Passed | 0 | 3.0 |
| 11/20/2008 | 08-0222 | OSP ERIM Requalify | Passed | 0 | 3.0 |
| 11/13/2008 | 08-0147 | Firearms - Less Lethal | Instructed | 0 | 4.0 |
| 11/12/2008 | 08-0974 | Hazardous Materials | Passed | 0 | 2.0 |
| 11/12/2008 | 08-0964 | Bloodborne Pathogens | Passed | 0 | 2.0 |
| 11/12/2008 | 08-1116 | Legal/Legislative Update | Passed | 0 | 1.0 |
| 11/12/2008 | 08-1025 | Domestic Abuse | Passed | 0 | 4.0 |
| 10/29/2008 | 08-0257 | SWAT Training | Passed | 0 | 10.0 |
| 10/15/2008 | 08-0100 | Active Shooter | Passed | 0 | 10.0 |
| 9/30/2008 | 08-0141 | Handgun Qualification | Passed | 0 | 2.5 |
| 8/20/2008 | 08-0276 | Use of Force - Other | Passed | 0 | 8.0 |
| 5/7/2008 | 08-0253 | Crowd / Riot Control | Passed | 0 | 3.0 |
| 5/7/2008 | 08-0915 | Agency Policies / Procedures | Passed | 0 | 2.0 |
| 5/7/2008 | 08-0657 | Cultural Diversity | Passed | 0 | 2.0 |
| 5/7/2008 | 08-0851 | Explosive Device Training | Passed | 0 | 1.0 |
| 5/7/2008 | 08-0884 | Anti-Terrorism Training | Passed | 0 | 1.0 |
| 4/23/2008 | 08-0819 | Background Investigations | Passed | 0 | 24.0 |
| 4/2/2008 | 08-0114 | Defensive Tactics | Passed | 0 | 4.5 |
| 4/2/2008 | 08-1203 | EVOC | Passed | 0 | 4.5 |
| 3/30/2008 | 08-0141 | Handgun Qualification | Passed | 0 | 2.5 |
| 3/5/2008 | 08-0855 | HEATT (Hazardous Enviro & Tactics Team) Training | Passed | 0 | 8.0 |

EXHIBIT _____ 1

PAGE ___1___ OF ___7___

| | | | | | |
|---|---|---|---|---|---|
| 2/26/2008 | 08-0812 | Crash Investigations | Passed | 0 | 0.5 |
| 2/20/2008 | 08-0257 | SWAT Training | Passed | 0 | 5.0 |
| 2/13/2008 | 08-0855 | HEATT (Hazardous Enviro & Tactics Team) Training | Passed | 0 | 8.0 |
| 1/30/2008 | 08-0257 | SWAT Training | Instructed | 0 | 9.0 |
| 1/23/2008 | 08-0257 | SWAT Training | Passed | 0 | 9.0 |
| 1/9/2008 | 08-0274 | Taser - Other | Passed | 0 | 1.0 |
| 1/9/2008 | 08-0652 | Volunteers in Policing (VIPs) | Passed | 0 | 0.5 |
| 1/9/2008 | 08-0618 | Media Relations | Passed | 0 | 1.0 |
| 1/9/2008 | 08-0790 | Forensics - Other | Passed | 0 | 1.0 |
| 1/9/2008 | 08-0928 | Workplace - Other | Passed | 0 | 0.5 |
| 1/9/2008 | 08-0905 | Ethics | Passed | 0 | 3.0 |
| 1/9/2008 | 08-0721 | Electronics - Other | Passed | 0 | 1.0 |
| | | | **2008 Hours** | | **128.5** |
| 11/28/2007 | 07-0149 | Low Light / Night Shooting / Qualification | Instructed | 0 | 2.5 |
| 11/21/2007 | 07-0257 | SWAT Training | Instructed | 0 | 8.0 |
| 11/7/2007 | 07-0114 | Defensive Tactics | Passed | 0 | 10.0 |
| 11/7/2007 | 07-0502 | Rules Training | Passed | 0 | 0.5 |
| 11/1/2007 | 07-0721 | Electronics - Other | Passed | 0 | 0.5 |
| 10/31/2007 | 07-0257 | SWAT Training | Passed | 0 | 8.0 |
| 10/24/2007 | 07-0257 | SWAT Training | Passed | 0 | 9.0 |
| 10/3/2007 | 07-0914 | Personal / Professional Development - Other | Passed | 0 | 0.8 |
| 10/3/2007 | 07-1097 | Consular Notification | Passed | 0 | 1.0 |
| 10/3/2007 | 07-1116 | Legal/Legislative Update | Passed | 0 | 2.0 |
| 10/3/2007 | 07-0740 | Sudden Custody Death | Passed | 0 | 1.0 |
| 10/3/2007 | 07-0974 | Hazardous Materials | Passed | 0 | 3.0 |
| 10/3/2007 | 07-0972 | Health / Wellness - Other | Passed | 0 | 1.0 |
| 9/20/2007 | 07-0141 | Handgun Qualification | Passed | 0 | 2.5 |
| 9/19/2007 | 07-0936 | Fire Extinguisher Training | Passed | 0 | 0.8 |
| 9/19/2007 | 07-0965 | Hearing Protection | Passed | 0 | 0.5 |
| 9/19/2007 | 07-0964 | Bloodborne Pathogens | Passed | 0 | 1.0 |
| 9/19/2007 | 07-1188 | Water Rescue | Passed | 0 | 0.5 |
| 8/29/2007 | 07-0257 | SWAT Training | Passed | 0 | 8.5 |
| 8/21/2007 | 07-0195 | Less Lethal Instructor Course | Passed | 0 | 8.0 |
| 8/15/2007 | 07-0855 | HEATT (Hazardous Enviro & Tactics Team) Training | Passed | 0 | 8.5 |
| 8/8/2007 | 07-0253 | Crowd / Riot Control | Instructed | 0 | 10.0 |
| 8/8/2007 | 07-0253 | Crowd / Riot Control | Passed | 0 | 10.0 |
| 8/1/2007 | 07-0855 | HEATT (Hazardous Enviro & Tactics Team) Training | Passed | 0 | 7.0 |
| 7/25/2007 | 07-0257 | SWAT Training | Passed | 0 | 8.0 |
| 7/18/2007 | 07-0257 | SWAT Training | Passed | 0 | 9.0 |
| 7/11/2007 | 07-0855 | HEATT (Hazardous Enviro & Tactics Team) Training | Passed | 0 | 8.5 |

EXHIBIT _____1

PAGE ___2___ OF ___7___

| | | | | | |
|---|---|---|---|---|---|
| 6/27/2007 | 07-0257 | SWAT Training | Passed | 0 | 8.5 |
| 6/20/2007 | 07-0257 | SWAT Training | Passed | 0 | 9.0 |
| 6/9/2007 | 07-0716 | LEDS Recertification | Passed | 0 | 1.0 |
| 5/31/2007 | 07-0166 | Patrol Rifle | Passed | 0 | 2.0 |
| 5/30/2007 | 07-0257 | SWAT Training | Passed | 0 | 9.0 |
| 5/16/2007 | 07-0114 | Defensive Tactics | Passed | 0 | 4.5 |
| 5/16/2007 | 07-1203 | EVOC | Passed | 0 | 4.0 |
| 5/3/2007 | 07-0114 | Defensive Tactics | Passed | 0 | 4.5 |
| 4/25/2007 | 07-0257 | SWAT Training | Passed | 0 | 9.0 |
| 4/4/2007 | 07-0141 | Handgun Qualification | Passed | 0 | 2.5 |
| 3/21/2007 | 07-0257 | SWAT Training | Instructed | 0 | 8.5 |
| 3/7/2007 | 07-0855 | HEATT (Hazardous Enviro & Tactics Team) Training | Passed | 0 | 9.0 |
| 2/28/2007 | 07-0257 | SWAT Training | Passed | 0 | 4.0 |
| 2/28/2007 | 07-0175 | Tactical Firearms | Instructed | 0 | 3.0 |
| 2/28/2007 | 07-0175 | Tactical Firearms | Passed | 0 | 3.0 |
| 2/22/2007 | 07-0168 | Rifle Training | Instructed | 0 | 2.5 |
| 2/22/2007 | 07-0168 | Rifle Training | Passed | 0 | 2.5 |
| 2/21/2007 | 07-0257 | SWAT Training | Passed | 0 | 8.0 |
| 2/14/2007 | 07-0855 | HEATT (Hazardous Enviro & Tactics Team) Training | Passed | 0 | 7.0 |
| 1/31/2007 | 07-0257 | SWAT Training | Passed | 0 | 8.5 |
| 1/24/2007 | 07-0257 | SWAT Training | Passed | 0 | 9.0 |
| 1/17/2007 | 07-0431 | Incident Management | Passed | 0 | 4.5 |
| 1/17/2007 | 07-0915 | Agency Policies / Procedures | Passed | 0 | 0.8 |
| 1/17/2007 | 07-0388 | ICS 100 / IS 100 - Introduction to ICS | Passed | 0 | 1.8 |
| | | | | **2007 Hours** | **221.7** |
| 12/20/2006 | 06-0215 | Firearms - Range | Passed | 0 | 3.5 |
| 12/20/2006 | 06-1538 | Scenario Based Training | Passed | 0 | 3.5 |
| 12/13/2006 | 06-0032 | Intoxilyzer 8000 | Passed | 0 | 4.0 |
| 12/11/2006 | 06-0665 | In Car Video System | Passed | 0 | 5.0 |
| 11/22/2006 | 06-1538 | Scenario Based Training | Passed | 0 | 3.0 |
| 11/22/2006 | 06-0329 | Firearms - Range Qualification | Instructed | 0 | 3.5 |
| 11/22/2006 | 06-0329 | Firearms - Range Qualification | Passed | 0 | 3.5 |
| 11/2/2006 | 06-0595 | Defensive Tactics | Passed | 0 | 4.0 |
| 10/27/2006 | 07-0952 | CPR / First Aid | Passed | 0 | 1.0 |
| 10/25/2006 | 06-1268 | SIG Arms Armorers Couse | Passed | 0 | 16.0 |
| 10/4/2006 | 06-0449 | Legal Update | Passed | 0 | 2.0 |
| 10/4/2006 | 06-0665 | In Car Video System | Passed | 0 | 7.0 |
| 10/1/2006 | 06-0217 | Firearms | Passed | 0 | 2.5 |
| 9/29/2006 | 06-0799 | Firearms - Instructor | Passed | 0 | 80.0 |
| 9/13/2006 | 06-0437 | SWAT HEATT | Passed | 0 | 4.0 |

EXHIBIT 1

PAGE 3 OF 7

| 9/13/2006 | 06-0153 | SWAT Firearms | Passed | 0 | 3.0 |
|---|---|---|---|---|---|
| 9/1/2006 | 06-0201 | SWAT Advanced Training | Passed | 0 | 140.0 |
| 7/26/2006 | 06-0437 | SWAT HEATT | Passed | 0 | 10.0 |
| 7/24/2006 | 06-0103 | NIMS IS-700 | Passed | 0 | 1.5 |
| 7/12/2006 | 06-2519 | HEATT | Passed | 0 | 10.0 |
| 7/5/2006 | 06-1372 | Crowd Control | Passed | 0 | 10.0 |
| 6/28/2006 | 06-0435 | SWAT Training | Passed | 0 | 10.0 |
| 6/28/2006 | 06-0335 | Hazardous Communications | Passed | 0 | 1.5 |
| 6/21/2006 | 06-1255 | SWAT Building Search | Passed | 0 | 10.0 |
| 6/14/2006 | 06-2020 | Perspectives on Profiling | Passed | 0 | 10.0 |
| 5/31/2006 | 06-0203 | SWAT Qualifications | Passed | 0 | 10.0 |
| 5/24/2006 | 06-0153 | SWAT Firearms | Passed | 0 | 6.0 |
| 5/17/2006 | 06-1372 | Crowd Control | Passed | 0 | 10.0 |
| 5/10/2006 | 06-1371 | HEATT (Hazardous Envir & Tactics Team) | Passed | 0 | 10.0 |
| 5/4/2006 | 06-0045 | EVOC | Passed | 0 | 10.0 |
| 4/21/2006 | 06-0082 | Chemical Agents | Passed | 0 | 40.0 |
| 3/31/2006 | 06-1251 | Firearms - Rifle Qualification | Passed | 0 | 2.5 |
| 3/29/2006 | 06-0153 | SWAT Firearms | Passed | 0 | 10.0 |
| 3/23/2006 | 06-0437 | SWAT HEATT | Passed | 0 | 7.0 |
| 3/22/2006 | 06-0437 | SWAT HEATT | Passed | 0 | 10.0 |
| 3/15/2006 | 06-0437 | SWAT HEATT | Passed | 0 | 10.0 |
| 3/13/2006 | 06-0217 | Firearms | Passed | 0 | 2.5 |
| 2/22/2006 | 06-0436 | SWAT Sniper Initiated Entry | Passed | 0 | 10.0 |
| 2/15/2006 | 06-0436 | SWAT Sniper Initiated Entry | Passed | 0 | 10.0 |
| 2/1/2006 | 06-0437 | SWAT HEATT | Passed | 0 | 10.0 |
| 1/25/2006 | 06-0497 | SWAT Physical Fitness | Passed | 0 | 10.0 |
| 1/18/2006 | 06-0202 | SWAT Entry Team Training | Passed | 0 | 10.0 |
| 1/4/2006 | 06-1109 | Motorcycle Gang | Passed | 0 | 1.5 |
| 1/4/2006 | 06-0275 | Internal Affairs | Passed | 0 | 1.0 |
| 1/4/2006 | 06-1138 | Job Stress Analysis | Passed | 0 | 2.0 |
| 1/4/2006 | 06-0665 | In Car Video System | Passed | 0 | 1.5 |
| 1/4/2006 | 06-0664 | Water Rescue | Passed | 0 | 2.0 |
| | | | | **2006 Hours** | **531.0** |
| 11/23/2005 | 05-0805 | SWAT Training | Passed | 0 | 10.0 |
| 11/16/2005 | 05-1277 | SWAT HEATT (Haz. Envir. & Tactics Team) Training | Passed | 0 | 10.0 |
| 11/9/2005 | 05-1906 | NIMS ICS | Passed | 0 | 4.0 |
| 11/9/2005 | 05-2033 | Gang Update | Passed | 0 | 2.0 |
| 11/9/2005 | 05-2118 | Sexual Assault Support Systems | Passed | 0 | 2.0 |
| 11/9/2005 | 05-2226 | Use of Force Carotid/OC | Passed | 0 | 1.0 |
| 11/2/2005 | 05-0750 | Firearms - Night Shoot Training | Passed | 0 | 2.0 |

EXHIBIT ___1___

PAGE ___4___ OF ___7___

| 11/2/2005 | 05-2033 | Gang Update | Passed | 0 | 2.0 |
|---|---|---|---|---|---|
| 10/26/2005 | 05-2499 | SWAT Night Shoot | Passed | 0 | 10.0 |
| 10/19/2005 | 05-0808 | SWAT Firearms | Passed | 0 | 10.0 |
| 10/12/2005 | 05-2316 | Forensics Evidence/Property Crimes Unit | Passed | 0 | 1.0 |
| 10/12/2005 | 05-2320 | Sprains/Strains/MRSA | Passed | 0 | 0.5 |
| 10/12/2005 | 05-2324 | Youth Crisis Support Team/Looking Glass | Passed | 0 | 0.5 |
| 10/12/2005 | 05-2345 | Public Information Officer | Passed | 0 | 3.0 |
| 9/30/2005 | 05-2166 | SWAT Camp Rilea | Passed | 0 | 40.0 |
| 9/7/2005 | 05-2142 | Training & Travel Procedures | Passed | 0 | 1.0 |
| 9/7/2005 | 05-0123 | Legal Update | Passed | 0 | 2.0 |
| 9/7/2005 | 05-2274 | Crime Scene Management | Passed | 0 | 1.0 |
| 9/7/2005 | 05-2275 | Financial Crimes | Passed | 0 | 3.0 |
| 9/7/2005 | 05-2326 | Child Advocacy | Passed | 0 | 2.5 |
| 9/7/2005 | 05-2687 | Firearms - Qualification | Passed | 0 | 2.0 |
| 8/31/2005 | 05-2258 | SWAT Scenario Based | Passed | 0 | 10.0 |
| 8/24/2005 | 05-2258 | SWAT Scenario Based | Passed | 0 | 10.0 |
| 8/3/2005 | 05-1277 | SWAT HEATT (Haz. Envir. & Tactics Team) Training | Passed | 0 | 10.0 |
| 7/27/2005 | 05-0805 | SWAT Training | Passed | 0 | 10.0 |
| 7/20/2005 | 05-0805 | SWAT Training | Passed | 0 | 10.0 |
| 5/20/2005 | 05-0179 | FTEP (Field Training & Evaluation Program) | Passed | 0 | 40.0 |
| 4/20/2005 | 05-0314 | Worker's Comp Issues | Passed | 0 | 1.0 |
| 4/20/2005 | 05-0315 | Managing Change & Transition | Passed | 0 | 4.0 |
| 4/20/2005 | 05-0536 | Informant Handling | Passed | 0 | 1.0 |
| 4/20/2005 | 05-0634 | Post Traumatic Stress Disorder | Passed | 0 | 1.5 |
| 4/20/2005 | 05-1341 | City Prosecutor's Office | Passed | 0 | 1.0 |
| 4/20/2005 | 05-1336 | Municipal Court | Passed | 0 | 1.0 |
| 4/1/2005 | 05-0060 | Firearms Training | Passed | 0 | 2.0 |
| 3/18/2005 | 05-0060 | Firearms Training | Passed | 0 | 2.5 |
| 3/9/2005 | 05-0328 | Field Force/Gas Tent | Passed | 0 | 3.5 |
| 3/9/2005 | 05-0422 | Airport Procedures | Passed | 0 | 0.5 |
| 3/9/2005 | 05-0646 | Explos. Dev. Unit (EDU) Training | Passed | 0 | 3.5 |
| 2/25/2005 | 05-0795 | Firearms - Rifle Qualification | Passed | 0 | 2.5 |
| 2/9/2005 | 05-0365 | CPR/First Aid Recert | Passed | 0 | 1.5 |
| 2/9/2005 | 05-0484 | Violent Crimes | Passed | 0 | 1.0 |
| 2/9/2005 | 05-0086 | Cultural Diversity | Passed | 0 | 5.0 |
| 2/9/2005 | 05-0590 | LEDS Recertification | Passed | 0 | 1.5 |
| 1/27/2005 | 05-0808 | SWAT Firearms | Passed | 0 | 6.0 |
| 1/19/2005 | 05-0808 | SWAT Firearms | Passed | 0 | 1.0 |
| 1/12/2005 | 05-0371 | OLCC | Passed | 0 | 1.5 |
| 1/12/2005 | 05-0380 | DUII Updates/DMV Hearings | Passed | 0 | 4.5 |

EXHIBIT 1

PAGE 5 OF 7

| 1/12/2005 | 05-1342 | Writing Search Warrants | Passed | 0 | 2.0 |
|---|---|---|---|---|---|
| 1/12/2005 | 05-1338 | Courtroom Testimony | Passed | 0 | 1.0 |
| | | | | **2005 Hours** | **248.5** |
| 11/10/2004 | 04-4880 | Robbery Activity Tracking System (RATS) | Passed | 0 | 1.0 |
| 11/10/2004 | 04-4885 | Towing In Eugene | Passed | 0 | 1.0 |
| 11/10/2004 | 04-4900 | Elder Abuse - Special Needs | Passed | 0 | 1.0 |
| 11/10/2004 | 04-0825 | Crisis Negotiations Team Training | Passed | 0 | 1.0 |
| 11/10/2004 | 04-3109 | Police Commission | Passed | 0 | 1.0 |
| 11/10/2004 | 04-4490 | Patrol Issues | Passed | 0 | 1.0 |
| 11/10/2004 | 04-3123 | Stalking/Protective Order Legal Update | Passed | 0 | 2.0 |
| 11/10/2004 | 04-4536 | Court Liaison | Passed | 0 | 1.0 |
| 11/1/2004 | 04-4812 | Firearms Training - Night | Passed | 0 | 2.0 |
| 10/27/2004 | 04-4775 | Distraction Device Recertification | Passed | 0 | 1.0 |
| 10/27/2004 | 04-4790 | Less Lethal (12 Guage) Training | Passed | 0 | 8.0 |
| 10/21/2004 | 04-4783 | Firearms - Patrol Rifle Training/Qualification | Passed | 0 | 2.5 |
| 10/6/2004 | 04-4200 | Internal Affairs | Passed | 0 | 1.0 |
| 10/6/2004 | 04-4219 | Terrorism | Passed | 0 | 2.0 |
| 10/6/2004 | 04-4239 | Vice Narcotics Unit (VNU) | Passed | 0 | 0.5 |
| 10/6/2004 | 04-4249 | Traffic Enforcement Unit Training | Passed | 0 | 1.0 |
| 10/6/2004 | 04-4418 | Bloodborne Pathogens Update | Passed | 0 | 0.5 |
| 10/6/2004 | 04-1014 | K-9 Training | Passed | 0 | 0.5 |
| 10/6/2004 | 04-0222 | Legal Update | Passed | 0 | 1.5 |
| 9/8/2004 | 04-0504 | Community Policing | Passed | 0 | 2.0 |
| 9/8/2004 | 04-4125 | Pursuit Tracking | Passed | 0 | 0.5 |
| 9/8/2004 | 04-4231 | U of O DPS Procedures | Passed | 0 | 2.0 |
| 9/8/2004 | 04-3020 | Building Searches | Passed | 0 | 2.0 |
| 9/8/2004 | 04-4335 | Field Force - Crowd Control Team | Passed | 0 | 2.0 |
| 9/7/2004 | 04-4355 | Firearms - Fall 2004 Training | Passed | 0 | 2.0 |
| 8/19/2004 | 04-4127 | HEATT/Mass Casualty | Passed | 0 | 6.0 |
| 6/24/2004 | 04-2094 | SWAT Gas Mask & SCBA Testing | Passed | 0 | 6.0 |
| 6/23/2004 | 04-2096 | SWAT Active Shooter Training | Passed | 0 | 4.0 |
| 5/12/2004 | 04-2079 | Traffic Accident Investigation | Passed | 0 | 4.0 |
| 5/12/2004 | 04-1050 | Defensive Tactics /High Risk Vehicle Stops | Passed | 0 | 4.0 |
| 4/28/2004 | 04-2097 | SWAT Paintball Scenarios | Passed | 0 | 7.0 |
| 4/26/2004 | 04-4361 | Firearms - Spring Training | Passed | 0 | 4.0 |
| 4/14/2004 | 04-0372 | EVOC Training | Passed | 0 | 8.0 |
| 2/4/2004 | 04-0427 | Ethics in Law Enforcement | Passed | 0 | 4.0 |
| 2/4/2004 | 04-0185 | 2003 Legal Updates | Passed | 0 | 2.0 |
| 1/14/2004 | 04-2010 | Leadership | Passed | 0 | 5.0 |
| 1/7/2004 | 04-3054 | Harassment in the Workplace | Passed | 0 | 4.0 |

EXHIBIT 1
PAGE 6 OF 7

| | | | | | 2004 Hours | 98.0 |
|---|---|---|---|---|---|---|
| 11/25/2003 | 04U001 | Approved In-State Training | Passed | 0 | | 235.5 |
| 5/23/2003 | 03-0513 | Amber Alert Training | Passed | 0 | | 0.5 |
| 2/5/2003 | 03U001 | Approved In-State Training | Passed | 0 | | 4.0 |
| | | | | | 2003 Hours | 240.0 |
| 11/6/2002 | 02U001 | Approved In-State Training | Passed | 0 | | 36.0 |
| 6/5/2002 | 02CP606 | Rail Safety-Crossing & Trespass | Passed | 0 | | 1.0 |
| 4/24/2002 | 02T001 | Police Field Training Manual | Passed | 0 | | 50.0 |
| 3/6/2002 | 02U001 | Approved In-State Training | Passed | 0 | | 18.0 |
| 1/9/2002 | 01CP763 | Oregon 2001 Legislative News Laws Training | Passed | 0 | | 2.0 |
| | | | | | 2002 Hours | 107.0 |
| 12/19/2001 | 01U001 | Approved In-State Training | Passed | 0 | | 58.0 |
| 12/12/2001 | 01CP264 | Domestic Terrorism Preparedness | Passed | 0 | | 8.0 |
| 3/9/2001 | 01CP201 | DPSST Basic Police | Passed | 0 | | 400.0 |
| 2/22/2001 | 01CP105 | SFST & Drugs that Impair Driving | Passed | 0 | | 24.0 |
| | | | | | 2001 Hours | 490.0 |
| 12/21/2000 | 00P042 | INTOXILYZER 5000 | Passed | 0 | | 4.0 |
| 11/18/2000 | 00U001 | Approved In-State Training | Passed | 0 | | 7.5 |
| 10/16/2000 | 02U001 | Approved In-State Training | Passed | 0 | | 419.0 |
| 9/22/2000 | 00B002 | DPSST Basic Corrections | Passed | 0 | | 200.0 |
| | | | | | 2000 Hours | 630.5 |
| | | | | | Total Hours | 2718.2 |

May not reflect most current training.

[ Employment ]    [ Certificates ]    [ Training ]    [ Education ]

[ Show Employees ]    [ Screen Friendly ]    [ Profile ]    [ Logout ]

Copyright 2002-04, Crown Pointe Technologies. All rights reserved.

EXHIBIT ___1___

PAGE ___7___ OF ___7___

## CERTIFICATE OF SERVICE

I certify that on May _____, 2009, I served or caused to be served a true and complete

copy of the foregoing **DECLARATION OF OFFICER SHARLOW IN SUPPORT OF THE**

**CITY OF EUGENE'S MOTION FOR SUMMARY JUDGMENT** on the party or parties

listed below as follows:

    **X**        Via CM / ECF Filing

  _____    Via First Class Mail, Postage Prepaid

  _____    Via Email

  _____    Via Personal Delivery


Michael Vergamini
Attorney at Law
399 East 10th Avenue, Suite 207
Eugene, OR 97401
Attorneys for Plaintiff


HARRANG LONG GARY RUDNICK P.C.


By: _____
        Jens Schmidt, OSB #843417
        jens.schmidt@harrang.com
        Andrea D. Coit, OSB #002640
        andrea.coit@harrang.com
        Telephone:     (541) 485-0220
        Facsimile:      (541) 686-6564

        Of Attorneys for Defendant City of Eugene

00226921.DOC;1


**CERTIFICATE OF SERVICE**