**Michael Vergamini, OSB #04520**
Attorney at Law
399 East 10th Avenue, Ste 109
Eugene, Oregon 97401
(541) 302-1800
(541) 302-1801
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JUSTIN TYLER VANDEGRAAF,** | Case No.: 6:08-cv-6314-HO |
| Plaintiff, | **RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| **CITY OF EUGENE, A MUNICIPALITY; OFFICER J. SHARLOW (No. 388), in his individual capacity and as a police official for the City of Eugene,** | **Pursuant to Fed R. Civ. P. 56** |
| Defendants. | |

LR 7.1(a) CERTIFICATION

Counsel for Plaintiff Justin VandeGraaf certifies that he conferred with Defendant's counsel concerning the subject matter of this motion and that the parties have been unable to reach an agreement.

**RESPONSE**

(1) Plaintiff concedes the City of Eugene's Motion for Summary Judgment against

plaintiff's 42 U.S.C. § 1983 claim.

Page 1 – **RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

(2) Plaintiff opposes to Defendant City of Eugene's motion to dismiss plaintiff's state law claims for assault and battery on the basis that there are genuine issues of material fact to be determined by a trier of fact on both state claims.

(3) Plaintiff takes no position on Defendant City of Eugene's motion, in the alternative, to decline the exercise of supplemental jurisdiction over the state court claims.

(4) This motion is supported by the district court file, Plaintiff's Memorandum in Opposition to the Motion for Summary Judgment, Declaration of Michael Vergamini, together with attached exhibits and Plaintiff's and Plaintiff's Response to Defendant's Concise Statement of Facts.

Dated this 26th day of August, 2009.

      /s/ Michael Vergamini_____
      Michael Vergamini
      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on September 3, 2009, I served or caused to be served a true and complete copy of the foregoing **RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** on the party or parties listed below as follows:

|   |   |
|---|---|
| __X__ | Via CM / ECF Filing |
| _____ | Via First Class Mail, Postage Prepaid |
| _____ | Via Email |
| _____ | Via Personal Delivery |

        Jens Schmidt, OSB #843417
        Harrang Long Gary Rudnick P.C.
        360 East 10th Avenue, Suite 300
        Eugene, OR 97401-3273
        Telephone:    (541) 485-0220
        Facsimile:    (541) 686-6564
        Of Attorneys for Defendants


By: ___/s/ Michael Vergamini_____
     Michael Vergamini
     Attorney at Law
     399 East 10th Avenue, Ste 109
     Eugene, Oregon 97401
     (541) 302-1800
     (541) 302-1801

     Attorney for Plaintiff

**CERTIFICATE OF SERVICE**