**Michael Vergamini, OSB #04520**
Attorney at Law
399 East 10th Avenue, Ste 109
Eugene, Oregon 97401
(541) 302-1800
(541) 302-1801
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JUSTIN TYLER VANDEGRAAF,** | Case No.: 6:08-cv-6314-HO |
| Plaintiff, | **RESPONSE TO DEFENDANT CITY OF EUGENE'S CONCISE STATEMENT OF FACTS** |
| vs. | |
| **CITY OF EUGENE, A MUNICIPALITY; OFFICER J. SHARLOW (No. 388), in his individual capacity and as a police official for the City of Eugene,** | |
| Defendants. | |

## RESPONSE

(1) Plaintiff admits the fact asserted in paragraph 1 as set forth by Defendant City of Eugene.

(2) Plaintiff has no knowledge upon which to support a reasonable belief of the fact asserted in paragraph 2 as set forth by Defendant City of Eugene.

(3) Plaintiff has no knowledge upon which to form a reasonable belief of the fact asserted in paragraph 3 as set forth by Defendant City of Eugene.

Page 1 – **RESPONSE TO DEFENDANT CITY OF EUGENE'S CONCISE STATEMENT OF FACTS**

(4) Plaintiff admits the fact asserted in paragraph 4 as set forth by Defendant City of Eugene.

(5) Plaintiff admits the fact asserted in paragraph 5 as set forth by Defendant City of Eugene.

(6) Plaintiff admits that he is aware that officers spoke with Ms. Tiffanie Jones as set forth in paragraph 6 by Defendant City of Eugene. Plaintiff has no knowledge upon which to form a reasonable belief as to whether Ms. Jones was hysterical or what was said by her to officers Sharlow and Vriem.

(7) Plaintiff has no knowledge upon which to form a reasonable belief as to what Ms. Jones told officers Sharlow and Vriem as set forth in paragraph 7.

(8) Plaintiff has no knowledge upon which to form a reasonable belief as to what Ms. Jones told officers Sharlow and Vriem as set forth in paragraph 8.

(9) Plaintiff admits the fact in paragraph 9 as set forth by Defendant City of Eugene.

(10) Plaintiff admits the fact asserted in paragraph 10 as set forth by Defendant City of Eugene.

(11) Plaintiff admits the fact asserted in paragraph 11 as set forth by Defendant City of Eugene.

(12) Plaintiff admits the fact asserted in paragraph 12 as set forth by Defendant City of Eugene.

(13) Plaintiff admits the fact asserted in paragraph 13 as set forth by Defendant City of Eugene.

(14) Plaintiff denies, in part, the fact asserted in paragraph 14 as set forth by Defendant

Page 2 – **RESPONSE TO DEFENDANT CITY OF EUGENE'S CONCISE STATEMENT OF FACTS**

City of Eugene. Plaintiff recalls there was no verbal exchange with Officer Sharlow.

(15) Plaintiff denies the fact asserted in paragraph 15 as set forth by Defendant City of Eugene.

(16) Plaintiff denies that the fact asserted in paragraph 16 occurred.

(17) Plaintiff denies that the fact asserted in paragraph 17.

(18) Plaintiff admits that the fact asserted in paragraph 18 in part.

(19) Plaintiff has no recollection of whether he was conscious at the hospital as asserted in paragraph 19.

(20) Plaintiff has no knowledge upon which to form a reasonable belief of the fact asserted in paragraph 20 as set forth by Defendant City of Eugene.

(21) Plaintiff denies the fact asserted in paragraph 21 by Defendant City of Eugene.

(22) Plaintiff has no knowledge upon which to form a reasonable belief of the fact asserted in paragraph 22 as set forth by Defendant City of Eugene.

(23) Plaintiff denies the fact asserted in paragraph 23 by Defendant City of Eugene.

(24) Plaintiff has no knowledge upon which to form a reasonable belief of the fact asserted in paragraph 24 as set forth by Defendant City of Eugene.

(25) Plaintiff has no knowledge upon which to form a reasonable belief of the fact asserted in paragraph 25 as set forth by Defendant City of Eugene.

Dated this 26th day of August, 2009.        /s/ Michael Vergamini

Michael Vergamini
Attorney for Plaintiff

Page 3 – **RESPONSE TO DEFENDANT CITY OF EUGENE'S CONCISE STATEMENT OF FACTS**

## CERTIFICATE OF SERVICE

I certify that on September 3, 2009, I served or caused to be served a true and complete copy of the foregoing **RESPONSE TO DEFENDANT CITY OF EUGENE'S CONCISE STATEMENT OF FACTS** on the party or parties listed below as follows:

| | |
|---|---|
| __X__ | Via CM / ECF Filing |
| _____ | Via First Class Mail, Postage Prepaid |
| _____ | Via Email |
| _____ | Via Personal Delivery |

        Jens Schmidt, OSB #843417
        Harrang Long Gary Rudnick P.C.
        360 East 10th Avenue, Suite 300
        Eugene, OR 97401-3273
        Telephone:    (541) 485-0220
        Facsimile:    (541) 686-6564
        Of Attorneys for Defendants


By: ___/s/ Michael Vergamini_____
     Michael Vergamini
     Attorney at Law
     399 East 10th Avenue, Ste 109
     Eugene, Oregon 97401
     (541) 302-1800
     (541) 302-1801

     Attorney for Plaintiff